**Van–304** [Notice of Returned Mail] (Rev. 11/03)

# United States Bankruptcy Court
## Northern District of Alabama, Northern Division

400 Well Street
P. O. Box 2775
Decatur, AL 35602

| | |
|---|---|
| **In re:** | **Case No.** 09–83047–JAC7 |
| Teresa Annette Collins | **Chapter** 7 |
| **SSN:** xxx–xx–9997 | |
| **Debtor(s)** | |

## NOTICE OF RETURNED MAIL

To: Dwight M Jett Jr
431 East Moulton Street
Decatur, AL 35601

Notice is hereby given that the Clerk's office received 341 Notice in the above case which was returned by the United States Post Office as undeliverable for the following party:

**WORLDCOM Wireless**
**PO Box 9369**
**Garden City, NY 11530–9369**

Please provide the Bankruptcy Clerk's Office with a corrected address. It is your responsibility to serve the document on the party and file a completed Certificate of Service with the Bankruptcy Clerk stating the name, address and date the document was served.

Dated: August 18, 2009                    By:

Scott W. Ford, Clerk
United States Bankruptcy Court

tcw

# CERTIFICATE OF NOTICE

```
District/off: 1126-8            User: twalker              Page 1 of 1                Date Rcvd: Aug 18, 2009
Case: 09-83047                  Form ID: van304            Total Noticed: 1

The following entities were noticed by first class mail on Aug 20, 2009.
db           +Teresa Annette Collins,   1080 Martling Gap Road,   Albertville, AL 35951-5926

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 20, 2009**          **Signature:** *Joseph Speetjens*